Bankruptcy Court:
1-18-bk-00885-RNO

3/7/18

FILED
HARRISBURG, PA
2018 MAR 12 PM 2:28 CWP
CLERK
U.S. BANKRUPTCY COURT

On 3/5/18 I filed a skeleton bankruptcy petition within 1 hour. I realized I had been ill advised by counsel to do so. Upon submitting a copy to my local Sheriff's office I was informed the sale of my home on 3/7/18 was cancelled 1/26/18. I then contacted my mortgage company who is willing to work on a modification. Therefore, I would like to withdraw my petition for bankruptcy. I believe we will reach an agreement thus eliminating the only reason I filed.... an attempt to save my home.

Thank You
Michele Hall