```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 18-00885-RNO
Michelle L. Graff                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: CGambini     Page 1 of 1     Date Rcvd: Mar 12, 2018
                         Form ID: pdf010     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
```
db            +Michelle L. Graff,    924 Alexander Spring Rd,    Carlisle, PA 17015-9183
5030599        Bank of America Home Loans,    PO Box 15222,    Wilmington, DE 19886-5222
5032859       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```
                                                                                                                                                                                              TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHELLE L. GRAFF

Debtor(s)

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 1-18-bk-00885 RNO |
| Document No.: | 13 |
| Nature of Proceeding: | Motion to Dismiss Case |

## ORDER

After due consideration of the Debtor's Motion to Dismiss Chapter 13 Case, it is

ORDERED that the Motion is GRANTED and the above bankruptcy case is DISMISSED.

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

March 12, 2018

Order – Blank without Parties - Revised 9/17